UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN MILEY,<br>　　Petitioner,<br><br>vs.<br><br>FRANKLIN COUNTY DISTRICT ATTORNEY, et al.,<br>　　Respondents | No. 1:17-CV-01489<br><br>(Judge Rambo) |

## ORDER

**AND NOW**, this 4th day of October, 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED without prejudice**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

　　　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　United States District Judge